### 6785.   HEAD v. THE STATE.

WADE, J.   The evidence was sufficient to authorize the conclusion reached by the jury, that the sale of cotton made by the minor son of the accused was made with the consent of the accused, and therefore by him. The evidence sufficiently established the other essential averments contained in the indictment, and the trial judge did not err in overruling the motion for a new trial, based on general grounds only.

*Judgment affirmed. Russell, C. J., dissents.*

DECIDED JANUARY 11, 1916.

Accusation of misdemeanor; from Haralson superior court—Judge Bartlett.   June 18, 1915.

*M. J. Head, W. T. Head, Taylor Smith,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.

---

### 6840.   JONES v. THE STATE.

WADE, J.   1. The corpus delicti was established by circumstances in proof which sufficiently connected the accused with the commission of the crime and authorized the verdict, though the evidence as a whole was extremely weak.

2. There being some evidence to support the verdict, and the trial judge having approved the finding of the jury, this court is without power to set it aside.                                    *Judgment affirmed.*

DECIDED JANUARY 11, 1916.

Accusation of larceny; from city court of Dawson—Judge Edwards.   July 23, 1915.

*R. Terry, C. W. Worrill,* for plaintiff in error.

*W. H. Gurr, solicitor,* contra.